FILED: August 2, 2023

## EN BANC

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-2330
(1:14-cv-02535-ELH)

_____

UNITED STATES EX REL. DEBORAH SHELDON, Executrix of the Estate of Troy Sheldon, United States of America, ex rel.

       Plaintiff - Appellant

v.

ALLERGAN SALES, LLC

       Defendant - Appellee

-------------------------------

UNITED STATES OF AMERICA; TAXPAYERS AGAINST FRAUD EDUCATION FUND

       Amici Supporting Appellant

WASHINGTON LEGAL FOUNDATION; CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA

       Amici Supporting Appellee

_____

O R D E R

_____

The Supreme Court having vacated this court's judgment, the case is remanded to the district court for further consideration in light of United States ex rel. Schutte v. Supervalu Inc., 598 U.S. ___, 143 S. Ct. 1391 (2023). Appellee's motion for supplemental briefing and oral argument before this court is denied.

For the Court

/s/ Patricia S. Connor, Clerk